**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**NOAH GRADY**                                                                    **PLAINTIFF**

**v.**                                        **CASE NO. 4:25-CV-01192-BSM**

**ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY**                                    **DEFENDANT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 20th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE